1
2
3
4
5
6
7
8

**UNITED STATES DISTRICT COURT**

9

**SOUTHERN DISTRICT OF CALIFORNIA**

10

| | |
|---|---|
| LOUIS CHARLES ARBEE II, | CASE NO. 12cv1891-MMA (BGS) |
| Petitioner, | **ORDER ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE;** |
| | [Doc. No. 11] |
| vs. | **OVERRULING PETITIONER'S OBJECTIONS;** |
| | [Doc. No. 12] |
| | **GRANTING RESPONDENT'S MOTION TO DISMISS FIRST AMENDED PETITION** |
| ALAN HERNANDEZ, Chief Deputy Warden, | [Doc. No. 7] |
| Respondent. | **DECLINING TO ISSUE CERTIFICATE OF APPEALABILITY** |

11
12
13
14
15
16
17
18
19
20
21

22      Petitioner Louis Charles Arbee II filed a first amended petition for writ of

23   habeas corpus ("petition") pursuant to 28 U.S.C. § 2254 challenging the California

24   Department of Corrections' March 8, 2011 decision finding him guilty of a rules

25   violation for violating Title 15 of the California Code of Regulations, section

26   3005(d)(1), battery with a weapon or physical force causing mortal or serious injury

27   or rape. *See* Doc. No. 5.  Respondent moves to dismiss the petition, arguing that

28   Petitioner's challenge to the disciplinary action has been procedurally defaulted.  *See*

Doc. No. 7.  Petitioner filed a response to the motion.  *See* Doc. No. 9.  The matter was referred to United States Magistrate Judge Bernard G. Skomal for preparation of a Report and Recommendation pursuant to 28 U.S.C. § 636(b)(1), and Civil Local Rule HC.2.  Judge Skomal issued a well-reasoned and thorough Report recommending that the petition be dismissed.  *See* Doc. No. 11.  Petitioner filed objections to the Report and Recommendation, to which Respondent replied.  *See* Doc. Nos. 12, 13.

Pursuant to Rule 72 of the Federal Rules of Civil Procedure and 28 U.S.C. § 636(b)(1), the Court must "make a *de novo* determination of those portions of the report . . . to which objection is made," and "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate [judge]."  28 U.S.C. § 636(b)(1); *see also United States v. Remsing*, 874 F.2d 614, 617 (9th Cir. 1989).  Due to the general nature of Petitioner's objections, the Court conducted a *de novo* review of the entire record.  The Court finds the objections to be without merit.

Accordingly, the Court concludes that Judge Skomal issued an accurate report and well-reasoned recommendation that Respondent's motion be granted and the instant petition be dismissed.  The Court **ADOPTS** the Report and Recommendation in its entirety, **GRANTS** Respondent's motion to dismiss, and **DISMISSES** Petitioner's first amended petition with prejudice.

## CERTIFICATE OF APPEALABILITY

Rule 11 of the Federal Rules Governing Section 2254 Cases states that "the district court must issue or deny a certificate of appealability when it enters a final order adverse to the applicant."  A certificate of appealability is not issued unless there is "a substantial showing of the denial of a constitutional right."  28 U.S.C. § 2253(c)(2).  Under this standard, a petitioner must show that reasonable jurists could debate whether the petition should have been resolved in a different manner or that the issues presented were adequate to deserve encouragement to proceed further. *Miller-El v. Cockrell*, 537 U.S. 322, 336 (2003), quoting *Slack v. McDaniel*, 529

1   U.S. 473, 484 (2000).  For the reasons set forth in the Report and Recommendation

2   and incorporated by reference herein, the Court finds that this standard has not been

3   met and therefore **DECLINES** to issue a certificate of appealability in this case.

4        The Clerk of Court is instructed to close the case.

5        **IT IS SO ORDERED**.

6   DATED:  April 4, 2013

7

8        Hon. Michael M. Anello
         United States District Judge

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28